

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ALEJANDRO HERNANDEZ, | § | No. 08-23-00160-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

# **J U D G M E N T**

The judgment of the Court issued June 23, 2023 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Annabell Perez, Judge of the 41st Judicial District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 11TH DAY OF JUNE, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.